UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-00012 |
| | ) | JUDGE CAMPBELL |
| STACY DEVON BELL | ) | |

<u>ORDER</u>

Pending before the Court is a Petition (Docket No. 31) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on September 19, 2013, at 2:30 p.m.

It is so ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE