# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

STACY DEVON BELL

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:08-00012
USM Number: 18925-075

Carl Dougls Thoresen
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1), Two (2), and Three (3)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime. | 6/17/13 |
| 2 | Defendant shall notify the Probation Officer within seventy-two hours of being questioned by a law enforcement officer. | 7/16/13 |
| 3 | Defendant shall pay restitution to the victims identified in Criminal Monetary Penalties section of the Judgment in an amount totaling $14,210.79. Should there be an unpaid balance when supervision commences, the Defendant shall pay the remaining restitution at a minimum monthly rate of 10 percent of the Defendant's gross monthly income. | 7/31/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __7244__

Defendant's Year of Birth: __1976__

City and State of Defendant's Residence:
__Bethpage, Tennessee__

September 19, 2013
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 19, 2013
Date

## IMPRISONMENT

The Defendant is sentenced to time served in state custody from August 5, 2013, to August 27, 2013.

Supervised Release shall terminate upon Defendant's payment of the Special Assessment previously imposed.

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The Defendant is remanded to the custody of the United States Marshal.

_____ The Defendant shall surrender to the United States Marshal for this District:

    _____ at _____ p.m. on _____

    _____ as notified by the United States Marshal.

_____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    _____ before 2 p.m. on _____

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                                                    _____

                                                    United States Marshal

                                                    By: _____

                                                          Deputy United States Marshal