UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEAST DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:08-00012 |
| | ) | JUDGE CAMPBELL |
| STACY DEVON BELL | ) | |

## **ORDER**

Counsel for the defendant having been informed by Kara Sanders, U.S. Probation Officer, that Mr. Bell has paid his Special Assessment as of December 11, 2013;

**IT IS HEREBY ORDERED** that Stacy Devon Bell's supervised release is hereby **TERMINATED**.

It is so **ORDERED.**

Enter this the _____ day of _____, _____.

_____
TODD J. CAMPBELL
JUDGE, UNITED STATES DISTRICT COURT